THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:16-cr-00040-MR-DLH

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **JUDGMENT OF ACQUITTAL** |
| ) | |
| **CHARLES KEITH MORGAN,** ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** came for trial and was heard by the undersigned judge, and a jury was duly empaneled and answered the following issue as follows:

As to the charge contained in Count One of the Bill of Indictment, do you the jury unanimously find the Defendant **CHARLES KEITH MORGAN**:

Answer: **NOT GUILTY**

Based on the foregoing facts as found by the jury, **IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that the Defendant Charles Keith Morgan is hereby **ACQUITTED** and **DISCHARGED** as to Count One of the Bill of Indictment, and any bond is hereby **EXONERATED**.

Signed: May 4, 2017

Martin Reidinger
United States District Judge